19-11603

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Robert | Albert | Kirschner |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Middle District of Florida | | |
| Case number | | |
| (If known) | | |

FILED VIA MAIL

DEC 13 2019

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................................. $ 450,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................................................. $ 9,750.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................................... $ 459,750.00

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............. $ 719,919.09

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............... + $ 24,561.29

   Your total liabilities  $ 744,480.38

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ....................................................... $ 3,591.90

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................................. $ 3,544.00

Debtor 1    Robert    Albert    Kirschner      Case number *(if known)*_____
       First Name    Middle Name    Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.      $ _____ 200.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Fill in this information to identify your case:

Debtor 1  **Robert**           **Albert**           **Kirschner**
         First Name          Middle Name           Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims     # 15/757

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|-----|-----|-------------|-----------------|-------------------|

**2.1**
Priority Creditor's Name _____
Number  Street _____
_____
City              State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name _____
Number  Street _____
_____
City              State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 1 of 6

Debtor 1   Robert           Albert            Kirschner                Case number (if known)_____
           First Name       Middle Name       Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.  Total claim   Priority amount   Nonpriority amount

☐
_____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name
                                     When was the debt incurred?  _____
_____
Number       Street                  As of the date you file, the claim is: Check all that apply.

                                     ☐ Contingent
_____  ☐ Unliquidated
City              State    ZIP Code  ☐ Disputed

**Who incurred the debt?** Check one.
                                     **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                      ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only         ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another   ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt
                                     ☐ Other. Specify _____
**Is the claim subject to offset?**
☐ No
☐ Yes

☐
_____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name
                                     When was the debt incurred?  _____
_____
Number       Street                  As of the date you file, the claim is: Check all that apply.

                                     ☐ Contingent
_____  ☐ Unliquidated
City              State    ZIP Code  ☐ Disputed

**Who incurred the debt?** Check one.
                                     **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                      ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only         ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another   ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt
                                     ☐ Other. Specify _____
**Is the claim subject to offset?**
☐ No
☐ Yes

☐
_____  Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name
                                     When was the debt incurred?  _____
_____
Number       Street                  As of the date you file, the claim is: Check all that apply.

                                     ☐ Contingent
_____  ☐ Unliquidated
City              State    ZIP Code  ☐ Disputed

**Who incurred the debt?** Check one.
                                     **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                      ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only         ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another   ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt
                                     ☐ Other. Specify _____
**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 106E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page 2__ of 6__

Debtor 1  Robert          Albert       Kirschner         Case number (if known) _____
         First Name    Middle Name   Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 American Express
Nonpriority Creditor's Name
PO Box 981537
Number  Street
El Paso              TX      79998
City                State   ZIP Code

Last 4 digits of account number  1  0  0  0       $ 7,500.00
When was the debt incurred?  07/04/2009

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card debt

### 4.2 Essex House HOA
Nonpriority Creditor's Name
707 S.  Gulfstream Ave., Office
Number  Street
Sarasota            FL      34236
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___   $ 4,700.00
When was the debt incurred?  01/01/2020

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Homeowner Association Fees

### 4.3 Essex House HOA
Nonpriority Creditor's Name
707 S.  Gulfstream Ave., Office
Number  Street
Sarasota            FL      34236
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___   $ 4,700.00
When was the debt incurred?  04/01/2020

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Homeowner Association Fees

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**4.4**

**Essex House HOA**
Nonpriority Creditor's Name
707 S.   Gulfstream Ave., Office
Number        Street
Sarasota                      FL       34236
City                          State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 4,700.00

When was the debt incurred?   07/01/2020

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Homeowner Association Fees

**4.5**

**Wally Kulesza**
Nonpriority Creditor's Name
707 S. Gulfstream Ave #101
Number        Street
Sarasota                      FL       34236
City                          State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 2,961.29

When was the debt incurred?   06/01/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Rent deposit, final month partial

☐

Nonpriority Creditor's Name

Number        Street

City                          State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1 Robert Albert Kirschner  Case number (if known) _____
         First Name  Middle Name  Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City         State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims
                          ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | Total claim |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

|  |  | Total claim |
|---|---|---|
| 6f. Student loans | 6f. | $ 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 24,561.29 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ 24,561.29 |

December 11, 2019

Clerk, U.S. Bankruptcy Court
Middle District of Florida
801 North Florida Ave., Ste. 555
Tampa, Florida 33602

Enclosed please find amendments to the Robert A. Kirschner Chapter 7 Bankruptcy filing dated December 5, 2019 and received by the Clerk on December 9 by Priority Mail.

The enclosed amendments include and are marked as amended –
- Amended Official Form B 101 which includes corrected amount range checked on Line 19 page 6 and signature and date on page 8,
- Amended Official Form B 106Sum which includes corrected amount on Line 3b and for Total Liabilities on page 1,
- Amended Official Form B 106E/F which includes corrected added numbering in Part 2 beginning on page 3, corrected amounts for number 4.5 on page 4 and number 6j on page 6, and signature and date on page 8, and
- Amended mailing matrix on paper, Complete Names and Addresses only, exhibit labeled "Amended Creditor Mailing List, which includes the addition of the name and address of creditor Wally Kulesza.

Also enclosed are –
- a new exhibit which is an affidavit of "Notice of Foreclosure Sale" published advertisement, said affidavit dated December 6, 2019,
- a new separate mailing matrix external drive which includes creditor Wally Kulesza mailing information, and
- a check in the amount of $31 payable to the Clerk, U.S. Bankruptcy Court for the amended mailing list.

Robert A. Kirschner    *R.A. Kirschner*

Certification
I, Robert A. Kirschner, certify that the enclosed information is true and correct to the best of my knowledge and belief.

            Signature *R.A. Kirschner*
            Date    December 11, 2019

SUBSCRIBED AND SWORN TO BEFORE M
THIS _11_ DAY OF _December 2019_
BY _Robert A Kirschner_
_____
NOTARY PUBLIC



ROSE R ORTEGA
Notary ID #7843569
My Commission Expires
April 20, 2023

Filing # 99925767 E-Filed 12/06/2019 01:41:14 PM

Serial Number
19-03151S



Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2017 CA 001104 NC

STATE OF FLORIDA

Before the undersigned authority personally appeared <u>Karen Ovadia</u> who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Sarasota, Sarasota County, Florida; that the attached copy of advertisement,

being a <u>Notice of Foreclosure Sale</u>

in the matter of <u>The Bank of New York Mellon vs. Robert A Kirschner et al</u>

in the <u>Circuit</u> Court, was published in said newspaper in the

issues of 11/29/2019, 12/6/2019

Affiant further says that the said Business Observer is a newspaper published at Sarasota, Sarasota County, Florida, and that said newspaper has heretofore been continuously published and has been entered as periodicals matter at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.
*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

_____
Karen Ovadia

Sworn to and subscribed before me this

6th day of December, 2019 A.D.

by Karen Ovadia who is personally known to me.

_____
Notary Public, State of Florida
(SEAL)



Hana Alqasem
Commission # GG311935
Expires: March 14, 2023
Bonded Thru Aaron Notary

NOTICE OF FORECLOSURE SALE
IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT OF
FLORIDA IN AND FOR SARASOTA
COUNTY
GENERAL JURISDICTION
DIVISION
CASE NO. 2017 CA 001104 NC
THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF
NEW YORK AS TRUSTEE FOR
FIRST HORIZON MORTGAGE
PASS-THROUGH TRUST 2007-2,
Plaintiff, vs.
ROBERT A KIRSCHNER, et. al.,
Defendants.
NOTICE IS HEREBY GIVEN pursuant to a Summary Final Judgment of Foreclosure entered November 21, 2019 in Civil Case No. 2017 CA 001104 NC of the Circuit Court of the TWELFTH Judicial Circuit in, and for Sarasota County, Sarasota, Florida, wherein THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON MORTGAGE PASS-THROUGH TRUST 2007-2 is Plaintiff and ROBERT A KIRSCHNER, et. al., are Defendants, the Clerk of Court, Karen E. Rushing, will sell to the highest and best bidder for cash electronically at www.sarasota.realforeclose.com in accordance with Chapter 45, Florida Statutes on the 26th day of December, 2019 at 09:00 AM on the following described property as set forth in said Summary Final Judgment, to-wit:
Unit 101, ESSEX HOUSE, a Condominium according to the Declaration of Condominium recorded in Official Records Book 1045, Page 1504, and amendments thereof, and as per plat thereof, recorded in Condominium Book 8, Page 5 and amendments thereto of the public Records of Sarasota County, Florida.
Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens, must file a claim before the clerk reports the surplus as unclaimed.
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.
Lisa Woodburn, Esq.
McCalla Raymer Leibert Pierce, LLC
Attorney for Plaintiff
110 SE 6th Street, Suite 2400
Fort Lauderdale, FL 33301
Phone: (407) 674-1850
Fax: (321) 248-0420
Email: MRService@mccalla.com
Fla. Bar No.: 11003
6435864
19-02239-4
Nov. 29; Dec. 6, 2019          19-03151S

Debtor: Robert A. Kirschner
Amended Creditor Mailing List

Bank of America
PO Box 982238
El Paso, TX 79998

Discover Fincl Svc LLC
PO Box 15316
Wilmington, DE 19850-5316

Cavalry Portfolio Svcs
500 Summit Lake Dr, Ste 4A
Valhalla, NY 10595

American Express
PO Box 981537
El Paso, TX 79998

FTB/CPTLBK
PO Box 15003
Knoxville, TN 37901

SYNCB/JC Penney
PO Box 965007
Orlando, FL 32896-5007

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

Bank of New York Mellon
c/o Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

First Tennessee Bank NA
c/o Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

First Horizon Mortgage Trust
c/o Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

Essex House – Office
707 S. Gulfstream Ave
Sarasota, FL 34236

Wally Kulesza
707 S. Gulfstream Ave #101
Sarasota, FL 34236

UNITED POSTAL

$7.55  4828540104-07

PRIORITY MAIL 2-DAY ®

0 Lb 5.20 Oz
1006

EXPECTED DELIVERY DAY: 12/14/19

C038

SHIP TO:
801 N FLORIDA AVE
STE 555
TAMPA FL 33602-3860

USPS TRACKING® NUMBER

9505 5152 5753 9345 5295 28



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PRIORITY
* MAIL *


UNITED STATES POSTAL SERVICE ®

VISIT US AT USPS.COM°
ORDER FREE SUPPLIES ONLINE

FROM:

KIRSCHNER
9550 DYER ST, # 1052
EL PASO, TX 79924

TO:

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
801 N. FLORIDA AVE, STE 555
TAMPA, FL 33602

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.